UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: _October 2013_

In re:  
Case Number: 13-21977-dob

Michael & Darla White, D.I.P.  
Chapter 11

Debtor.  
HON. Daniel S. Opperman

_____/

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

   _X_ Operating Statement (Form 2)  
   _X_ Balance Sheet (Form 3)  
   _X_ Summary of Operations (Form 4)  
   _X_ Monthly Cash Statement (Form 5)  
   _X_ Statement of Compensation (Form 6)  
   _X_ Schedule of In-Force Insurance (Form 7)

   and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in effect; and, (If not, attach a written explanation) YES_____ NO_____

3. That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.  
   (If not, attach a written explanation) YES_____ NO_____

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization. (If not, attach a written explanation) YES_____ NO_____

5. All United States Trustee Quarterly fees have been paid and are current.  
   YES_____ NO_____

6. Have you filed your pre-petition tax returns.  
   (If not, attach a written explanation) YES_____ NO_____

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated: _Nov 20, 2013_   _Michael White_  _Darla White_  
Debtor in Possession

_individual_  989-780-2110  
Title   Phone

Form 1

Michael White & Darla White, DIP
Balance Sheet (Cash Basis)
As of October 31, 2013
See accompanying comments.
Page 1 of 3

| | | |
|---|---:|---:|
| Petty Cash | $101.24 | |
| Chase 4453 | 9.33 | |
| Chase 5695 | 300.00 | |
| FCU savings | 5.00 | |
| FCU checking | 11.00 | |
| Meijer C.U. | 204.47 | |
| EBT | 9.55 | |
| Loan To WCI/A | 300.72 | |
| Hay Inventory | 433.50 | |
| Current Assets | | $1,374.81 |
| | | |
| Impala LT 2008 | $5,500.00 | |
| 11085 Block homestead | 360,000.00 | |
| 11255 Block rental | 35,800.00 | |
| Burleigh O&G rights | 1,360.00 | |
| Shay Lake Lot | 5,800.00 | |
| Thornton S&G lease | 20,520.00 | |
| WCI stock | 240,000.00 | |
| Long-term Assets | | $668,980.00 |
| | | |
| CNRR stock | $603.54 | |
| IRA | 116.80 | |
| Coin & Stamps | 5,000.00 | |
| Loan WCI 12/31/12 | 54.70 | |
| Other Assets | | $5,775.04 |
| | | |
| Total Assets | | $676,129.85 |
| | | |
| Listed Creditors | $292,107.35 | |
| Pre July 30, 2013 Liabilities | | $292,107.35 |
| | | |
| Equity | | $384,022.50 |

| | | |
|---|---:|---:|
| Meijer Gross Wages | $ 801.98 | |
| Disability SS | 908.00 | |
| Sand | 0.00 | |
| Rent | 525.00 | |
| Dividends | 4.25 | |
| EBT | 368.00 | |
| Farm | 0.00 | |
| Other Income | 40.00 | |
| Total | | $2,647.23 |
| | | |
| Ally auto loan | $323.00 | |
| Union dues | 25.92 | |
| Payroll taxes Meijer | 107.47 | |
| Bankruptcy fee | 304.00 | |
| Bank fees | 7.00 | |
| Food | 614.69 | |
| Medical | 15.28 | |
| Household | 152.28 | |
| Insurance Farm/HomeOwners | 160.71 | |
| Insurance Auto | 100.76 | |
| Gasoline Auto | 40.11 | |
| Gasoline other | 40.01 | |
| Office | 59.36 | |
| Meals Out | 39.80 | |
| Livestock related | 48.23 | |
| Property care 11085 Block | 12.99 | |
| Insurance Rental | 156.46 | |
| Maintenance Rental 11255 Block | 16.72 | |
| General unallocated | 226.79 | |
| Total | | $2,451.58 |
| | | |
| Total | | $195.65 |

Michael White & Darla White, DIP
Monthly Cash Statement
October 2013
Page 3 of 3

|  | September 30, 2013 | Increase | Decrease | October 31, 2013 |
|---|---|---|---|---|
| Petty Cash | $30.60 | $1,039.25 | $968.61 | $101.24 |
| Chase 4453 | 34.90 | 1,002.25 | 1,027.82 | 9.33 |
| Chase 5695 | 25.00 | 275.00 | 0.00 | 300.00 |
| FCU savings | 5.00 | 0.00 | 0.00 | 5.00 |
| FCU checking | (2.00) | 30.00 | 17.00 | 11.00 |
| Meijer C.U. | 342.03 | 668.59 | 806.15 | 204.47 |
| EBT | 10.13 | 368.00 | 368.58 | 9.55 |
| Total |  |  | $3,188.16* |  |

* includes transfers between above listed accounts

Chase Bank, Clio, Michigan #472734453
Chase Bank DIP, Clio, Michigan #262025695
Frankenmuth Credit Union, Frankenmuth, Michigan savings 23758-000,
Frankenmuth Credit Union, Frankenmuth, Michigan checking 23758-110
Meijer C.U. Grand Rapids, Michigan #xx0544
EBT #8715


Michael White & Darla White, DIP
Accompanying comments for the
Cash Basis Balance Sheet & Income Statement
Period: October 2013

Statements prepared by Michael White, DIP.
Statements are for individuals, not a business, and not IRS tax basis accounting.
Current asset figures are actual.
Long-term assets & liabilities are figures used in Chapter 11 schedules.
Chapter 11 schedule figures may or will be adjusted as new information is received.
Balance Sheet and Income Statement include information for Chapter 11 exemptions.

# OPERATING STATEMENT (P&L)

Period Ending: _October 2013_
Case No: 13-21977-dob

|  | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | | |
| Cost of Sales | | |
| GROSS PROFIT | | |
| EXPENSES: | | |
| Officer Compensation | | |
| Salary Expenses other Employees | | |
| Employee Benefits & Pensions | | |
| Payroll Taxes | | |
| Other Taxes | | |
| Rent and Lease Expense | | |
| Interest Expense | | |
| Insurance | | |
| Automobile and Truck Expense | | |
| Utilities (gas, electric, phone) | | |
| Depreciation | | |
| Travel and Entertainment | | |
| Repairs and Maintenance | | |
| Advertising | | |
| Supplies, Office Expense, etc. | | |
| Other Specify | | |
| Other Specify | | |
| TOTAL EXPENSES: | | |
| NET OPERATING PROFIT/(LOSS) | | |
| Add: Non-Operating Income: Interest Income | | |
| Other Income | | |
| Less: Non-Operating Expenses: Professional Fees | | |
| Other | | |
| NET INCOME/(LOSS) | | |

_See attached._

*Form 2*

# BALANCE SHEET

Period Ending: **October 2013**

Case No: 13-21977-dob

|  | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| Cash: | | | |
| Inventory: | | | |
| Accounts Receivables: | | | |
| Insider Receivables | | | |
| Land and Buildings: | | | |
| Furniture, Fixtures & Equip: | | | |
| Accumulated Depreciation: | | | |
| Other: | | | |
| Other: | | | |
| **TOTAL ASSETS:** | | | |
| | | | |
| **LIABILITIES:** | | | |
| Post-petition Liabilities: | | | |
| Accounts Payable: | | | |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | | | |
| Other: | | | |
| **TOTAL Post-petition Liabilities** | | | |
| | | | |
| Secured Liabilities: | | | |
| Subject to Post-petition | | | |
| Collateral or Financing Order | | | |
| All Other Secured Liabilities | | | |
| **TOTAL Secured Liabilities** | | | |
| | | | |
| Pre-petition Liabilities: | | | |
| Taxes & Other Priority Liabilities | | | |
| Unsecured Liabilities: | | | |
| Other: | | | |
| **TOTAL Pre-petition Liabilities** | | | |
| | | | |
| Equity: | | | |
| Owners Capital: | | | |
| Retained Earnings-Pre Petition. | | | |
| Retained Earnings-Post Petition. | | | |
| | | | |
| **TOTAL Equity:** | | | |
| | | | |
| **TOTAL LIABILITIES** | | | |
| | | | |
| **/AND EQUITY** | | | |

*See attached*

*Form 3*

# SUMMARY OF OPERATIONS

Period Ended: October 2013

Case No: 13-21977-dob

## Schedule of Post-Petition Taxes Payable

|  | Beginning Balance | Accrued/Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | N/A | | | |
| State: | | | | |
| Local: | | | | |
| **FICA Withheld:** | | | | |
| **Employers FICA:** | | | | |
| **Unemployment Tax:** | | | | |
| Federal: | | | | |
| State: | | | | |
| **Sales, Use & Excise Taxes:** | | | | |
| **Property Taxes:** | | | | |
| **Workers' Compensation** | | | | |
| **Other:** | | | | |
| **TOTALS:** | | | | |

## AGING OF ACCOUNTS RECEIVABLE AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | N/A | | |
| Accounts Receivable | | | |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

**Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:**

Funded Amazon.com account. Thornton Sand & Gravel moved along to new stage. Rental property occupied. USDA inspected farm property. Medical problems are still an issue. Additional attention to property & vehicle maintenance. Lack of sand sales.

November

Form 4

# MONTHLY CASH STATEMENT

Period Ending: _October 2013_

Cash Activity Analysis (Cash Basis Only):     Case No: 13-21977-dob

|   | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct. | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | | | | | |
| B. Receipts (Attach separate schedule) | | | | | |
| C. Balance Available (A + B) | | | | | |
| D. Less Disbursements (Attach separate schedule) | | | | | |
| E. ENDING BALANCE (C - D) | | | | | |

ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $_____

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account: _See attached._

1. Depository Name & Location _____
2. Account Number _____

Payroll Account:

1. Depository Name & Location _____
2. Account Number _____

Tax Account:

1. Depository Name & Location _____
2. Account Number _____

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.:

_____

Date: _Nov 20 2013_        _Michael White_  _[signature]_
                           Debtor in Possession

# MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: *October 2013*

Case No: 13-21977-dob

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. **(Attach additional pages if necessary.)**

Name: *Michael White*
*Darla White*

Capacity:
___ Shareholder
___ Officer
___ Director
___ Insider

Detailed Description of Duties: *This form blank. Individual*

| | Weekly | or | Monthly |
|---|---|---|---|
| **Current Compensation Paid:** | | | |
| **Current Benefits Paid:** | | | |
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | | | |
| **Current Other Payments Paid:** | | | |
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | | | |
| **CURRENT TOTAL OF ALL PAYMENTS:** | | | |

Dated: *Nov 20 2013*

*Michael White* DIP
Principal, Officer, Director, or Insider

*Darla White* DIP

*Form 6*

# SCHEDULE OF IN-FORCE INSURANCE

Period Ending: October 2013

Case No: 13-21977-dob

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | | |
| General Business Policy | | |
| Farm/Home Owners | Auto-Owners | March 25, 2014 |
| Auto | " | April 15 2014 |
| Rental | Foremost | Oct 19 2014 |
| Life Accidental Death Dismemberment | Minnesota Life | ±Dec 4 2013 |