UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

    MICHAEL B. WHITE
    AND DARLA K. WHITE,
        Debtors.
_____/

Case No. 13-21977-dob
Chapter 7 Proceeding
Hon. Daniel S. Opperman

## ORDER ESTABLISHING DEADLINES REGARDING DEBTOR'S MOTION FOR CLARIFICATION OF EXEMPTIONS AND TRUSTEE'S OBJECTION TO EXEMPTIONS

The Court has issued an Opinion of even date;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Debtor must supplement his Motion for Clarification to provide the information stated in the Opinion by February 7, 2020.

IT IS FURTHER ORDERED that the Trustee may file a response by February 28, 2020.

**Signed on January 10, 2020**

/s/ Daniel S. Opperman
**Daniel S. Opperman
United States Bankruptcy Judge**