# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION – BAY CITY

| | |
|---|---|
| In re:    MICHAEL B. WHITE, and<br>           DARLA K. WHITE, deceased<br><br>               Debtors.<br>_____/ | Case No. 13-21977<br>Chapter 7<br>Hon. Daniel S. Opperman |

ORDER
FINDING DEBTOR'S "OBJECTION TO CLAIM NUMBER 5
OF CLAIMANT U.S. DEPARTMENT OF EDUCATION" (DOCKET NO. 356)
WITHDRAWN BY DEBTOR; FINDING THAT DEBTOR'S
"OMNIBUS OBJECTION TO PROOF OF CLAIMS" WITHDRAWN
BY DEBTOR AS TO THE UNITED STATES, ONLY (DOCKET NO. 607);
FINDING DEBTOR'S "EX PARTE MOTION FOR IMMEDIATE
CONSIDERATION TO ORDER DEPARTMENT OF EDUCATION
TO REMOVE NEGATIVE CREDIT REPORT INFORMATION AND ORDER
TRUSTEE TO PAY (d)(5) EXEMPTION" (DOCKET NO. 985) WITHDRAWN
BY DEBTOR; GRANTING THE UNITED STATES' "COMBINED
MOTION FOR, AND BRIEF IN SUPPORT OF, A PROTECTIVE ORDER
PURSUANT TO FED. R. CIV. PROC. 26(B)(2)(C), (c)" (DOCKET NO. 993)

These matters having come before the Court, the Court having held a hearing on February 10, 2021, the Court being fully aware and advised in each matter and having taken the arguments of each side into consideration, for the reasons stated more fully on the record,

IT IS HEREBY ORDERED that the "United States Combined Motion for, and Brief in Support of, a Protective Order Pursuant to Fed. R. Civ. Proc. 26(B)(2)(C), (c)" (Docket No. 993) is GRANTED:

The interrogatories contained within Debtor's "Discovery Requests Per

Bankruptcy Order From Debtor to U.S. Dep. Of Education" (ECF No. 982) and those contained in Debtor's "Motion Requesting Information From U.S. Department of Education Regarding Proof of Claim #5" (Docket No. 942) are stricken and the United States is not required to answer these interrogatories.

The United States is not required to answer any discovery request that is not relevant to the "amount" or "liability" as to the United States Department of Education's proof of claim (Claim No. 5). Issues related to the service of the debtor's objections to the claim are not related to the amount of, or liability for, the claim;

IT IS FURTHER ORDERED that the debtor's "Ex-Parte Motion for Immediate Consideration to Order Department of Education to Remove Negative Credit Report Information and Order Trustee to Pay (d)(5) Exemption" (Docket No. 985) has been voluntarily WITHDRAWN by the debtor;

IT IS FURTHER ORDERED that the debtor's "Objection to Proof of Claim No. 5 Filed by U.S. Department of Education" (Docket No. 356) has been voluntarily WITHDRAWN by the debtor;

IT IS FURTHER ORDERED that "Debtor's Omnibus Objection to Proof of Claims" (Docket No. 607) has been voluntarily WITHDRAWN by the debtor, but

only to the extent that the objection relates to the United States Department of Education.

IT IS SO ORDERED.

**Signed on February 11, 2021**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge